IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HELEN TURNER,

    Plaintiff,

vs.                                                  4:06-CV-157-SPM

TALLAHASSEE HOUSING
AUTHORITY, *et al.*,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

      **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 9) dated July 18, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. Plaintiff filed her objections (doc. 10) on August 14, 2006.

      Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. Despite being given multiple opportunities to amend her complaint, Plaintiff still has not sufficiently stated a claim upon which relief can be granted. She continues to make vague allegations and conclusory assertions, none of which provides a basis for any cause of action under either the Civil Rights Act or the

Fair Housing Act. As the magistrate noted in his report and recommendation, permitting further amendments would be futile. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 9) is adopted and incorporated by reference in this order.

2. The second amended complaint (doc. 8) is hereby *dismissed* for failure to state a claim upon which relief can be granted.

**DONE AND ORDERED** this twenty-fourth day of August, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge